Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:       Polywood, Inc.
SSN:
EIN:
ADDRESS: 125 National Road
          Edison, NJ 08817

|  |  |
|---|---|
| Case No: | 04–41177–RG |
| Chapter: | 7 |
| Judge: | Rosemary Gambardella |

                    Debtor(s)

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is Dismissed .

Dated: <u>January 19, 2005</u>                    <u>Rosemary Gambardella</u>
                                                   Judge, United States Bankruptcy Court